# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# VIOME

**Reg. No. 5,460,201**
**Registered May 01, 2018**
**Int. Cl.: 5, 9, 35, 42, 44**
**Service Mark**
**Trademark**
**Principal Register**

VIOME, INC. (DELAWARE CORPORATION)
10655 Ne 4th St Ste 609
Bellevue, WASHINGTON 98004

CLASS 5: Beverages containing probiotics for use as a nutritional supplement; Beverages containing prebiotics for use as a nutritional supplement; Dietary supplement drink mixes; Dietary supplemental drinks; Dietary supplements; Food supplements; Powdered nutritional supplement concentrate; Powdered nutritional supplement drink mix; Health food supplements; Herbal supplements; Medical diagnostic test strips for collecting and analyzing genetic, genomic, microbiomic, metabolomic, proteomic, and biochemical data; Medical diagnostic test media in the form of strips, threads, swabs, cartridges, and collection tubes for measuring genetic, genomic, microbiomic, metabolomic, proteomic, and biochemical data; Mineral supplements; Nutritional supplement shakes; Nutritional supplements; Nutritional supplements, namely, probiotic compositions; Prebiotic supplements; Probiotic supplements; Protein supplements; Vitamin supplements

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017

CLASS 9: Computer software platforms for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Computer software for scientific analysis of genetic sequences; Computer software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Downloadable computer software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Downloadable written articles in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle; Downloadable cloud-computing software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017



Director of the United States
Patent and Trademark Office

Viome Exhibit A
Page 2

CLASS 35: Marketing services; Order fulfillment services; Advertising, marketing and promotion services; On-line advertising and marketing services; Subscription-based order fulfillment services in the field of health and wellness

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017

CLASS 42: DNA analysis services for scientific research purposes; Providing on-line non-downloadable software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Providing a website featuring non-downloadable software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Scientific research; Scientific research in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; Scientific and technological services, namely, scientific research, analysis, testing in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; DNA analysis services for scientific research purposes; Platform as a service (PAAS) featuring computer software platforms for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Providing scientific research information in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; Providing temporary use of on-line non-downloadable cloud computing software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Software as a service (SAAS) services featuring software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data

FIRST USE 10-31-2016; IN COMMERCE 10-31-2016

CLASS 44: Wellness and health-related consulting services; Health assessment services; Health care services, namely, wellness programs; Providing health information; Providing information in the fields of health and wellness; Providing a web site featuring medical information; Providing a website featuring information about health, wellness and nutrition; Providing personalized healthcare and medical information in the nature of gut microbiome analysis, gut gene expression analysis, gut metabolite analysis, and personal genetic, gene expression, and metabolite analysis

FIRST USE 10-31-2016; IN COMMERCE 10-31-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-341,050, FILED 02-17-2017

# United States of America
### United States Patent and Trademark Office

# VIOME

**Reg. No. 5,460,202**
**Registered May 01, 2018**
**Int. Cl.: 5, 9, 35, 42, 44**
**Service Mark**
**Trademark**
**Principal Register**



Director of the United States
Patent and Trademark Office

VIOME, INC. (DELAWARE CORPORATION)
10655 Ne 4th St Ste 609
Bellevue, WASHINGTON 98004

CLASS 5: Beverages containing probiotics for use as a nutritional supplement; Beverages containing prebiotics for use as a nutritional supplement; Dietary supplement drink mixes; Dietary supplemental drinks; Dietary supplements; Food supplements; Powdered nutritional supplement concentrate; Powdered nutritional supplement drink mix; Health food supplements; Herbal supplements; Medical diagnostic test strips for collecting and analyzing genetic, genomic, microbiomic, metabolomic, proteomic, and biochemical data; Medical diagnostic test media in the form of strips, threads, swabs, cartridges, and collection tubes for measuring genetic, genomic, microbiomic, metabolomic, proteomic, and biochemical data; Mineral supplements; Nutritional supplement shakes; Nutritional supplements; Nutritional supplements, namely, probiotic compositions; Prebiotic supplements; Probiotic supplements; Protein supplements; Vitamin supplements

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017

CLASS 9: Computer software platforms for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Computer software for scientific analysis of genetic sequences; Computer software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Downloadable computer software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Downloadable written articles in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle; Downloadable cloud-computing software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017

CLASS 35: Marketing services; Order fulfillment services; Advertising, marketing and promotion services; On-line advertising and marketing services; Subscription-based order fulfillment services in the field of health and wellness

FIRST USE 4-5-2017; IN COMMERCE 4-5-2017

CLASS 42: DNA analysis services for scientific research purposes; Providing on-line non-downloadable software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Providing a website featuring non-downloadable software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Scientific research; Scientific research in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; Scientific and technological services, namely, scientific research, analysis, testing in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; DNA analysis services for scientific research purposes; Platform as a service (PAAS) featuring computer software platforms for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Providing scientific research information in the field of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, individual lifestyle, health, and wellness; Providing temporary use of on-line non-downloadable cloud computing software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data; Software as a service (SAAS) services featuring software for collecting, analyzing, reporting, and tracking data and information in the fields of genetics, genomics, microbiomics, metabolomics, proteomics, biochemistry, health, and individual lifestyle, and for providing health and wellness evaluations and recommendations based on genetic, genomic, microbiomic, metabolomic, proteomic, biochemical, health, and individual lifestyle data

FIRST USE 10-31-2016; IN COMMERCE 10-31-2016

CLASS 44: Wellness and health-related consulting services; Health assessment services; Health care services, namely, wellness programs; Providing health information; Providing information in the fields of health and wellness; Providing a web site featuring medical information; Providing a website featuring information about health, wellness and nutrition; Providing personalized healthcare and medical information in the nature of gut microbiome analysis, gut gene expression analysis, gut metabolite analysis, and personal genetic, gene expression, and metabolite analysis

FIRST USE 10-31-2016; IN COMMERCE 10-31-2016

The mark consists of the word "VIOME" appearing in stylized text, in which the line forming the right-hand side of the letter "V" appears as a single small line segment running from the top and terminating prior to meeting the left-hand side of the letter.

SER. NO. 87-341,052, FILED 02-17-2017

# EXHIBIT B



**Viome on the App Store - iTunes - Apple**
https://itunes.apple.com/us/app/viome/id1206984146?mt=8 ▼
★★★☆☆ Rating: 3.5 - 44 reviews - Free - iOS - Health
Read reviews, compare customer ratings, see screenshots, and learn more about **Viome**. Download **Viome** and enjoy it on your iPhone, iPad, and iPod touch.

**Viome: Analyze and Improve Gut Microbiome and Metabolic Health**
https://www.quantifiedbob.com/2018/01/viome-microbiome-metabolic-health/ ▼
**Viome** is a cutting-edge service that analyzes your microbiome and metabolism, then applies sophisticated machine learning to make personal nutritional ...

**Viome: Revolutionary Way To Improve Your Gut Health - Dr. Mark ...**
https://drhyman.com/blog/2017/07/10/viome-revolutionary-way-improve-gut-health/ ▼
Jul 10, 2017 - Thanks to **Viome**, I now have access to a revolutionary new system that provides a regular testing service to understand how healthy or ...

**Viome Test Kit and Annual Plan - Viome | Groupon**
https://www.groupon.com/deals/viome ▼
★★★★★ Rating: 100% - 7 votes
The **Viome** Essential Service (Gut Intelligence Test) includes your annual in-home (no need to go to a lab or prick your finger) microbiome test kit, analysis of ...

**Viome The New Groundbreaking Revolution in Healthcare. Viome**
https://drpompa.com/cellular-health/viome-groundbreaking-revolution/ ▼
Feb 22, 2017 - **Viome** is the groundbreaking revolution in healthcare. What is the degree of influence microorganisms have on our overall health? **Viome** ...

**Viome - Viome**
[Ad] www.amazon.com/probiotics ▼
**Viome** BIOHM Is Engineered With Fungi And Bacteria For Optimal Gut Balance. Fast Acting. Colon Health. Free Shipping ALL Orders. Dr. Ghannoum. Probiotic 2.0. Gut Health. Subscribe & Save 20% Good Bacteria. Prebiotic. Good Fungi. Types: Probiotic, Gut Health Report, Colon Cleanser, Prebiotic.
All BIOHM Products · BIOHM Gut Report

## Google

viome amazon

All    News    Shopping    Images    Videos    More          Settings    Tools

About 97,000,000 results (0.41 seconds)

### Viome - Viome
[Ad] www.amazon.com/probiotics
Viome BIOHM Is Engineered With Fungi And Bacteria For Optimal Gut Balance. Fast Acting. Dr. Ghannoum. Good Bacteria. Free Shipping ALL Orders. Colon Health. Prebiotic. Good Fungi. Next Gen Probiotic. Digestive Balance. Gut Health. Types: Probiotic, Gut Health Report, Colon Cleanser.
All BIOHM Products · BIOHM Gut Report

### Amazon.com: Home Gut Microbiome Bacteria Sampling Kit by uBiome ...
https://www.amazon.com/Home-Microbiome-Bacteria...uBiome/dp/B00G72KXZM
★★★★★ Rating: 3 - 9 reviews
Did you know that there are trillions of bacteria in and on your body? The Gut kit helps you learn about what lives in your gut. Explore your inner universe and ...

### Amazon.com: Purium Biome Medic, Premium Non-GMO Gut Health ...
https://www.amazon.com/Purium-Supplement-All-Natural.../dp/B078PS4R6K
★★★★ Rating: 3.3 - 5 reviews
FIRST EVER ANTI-GMO: Biome Medic helps to protect your gut from GMOs and glyphosate. With Biome Medic, we developed the World's first ever "Anti-GMO" ...

### People also ask

| | |
|---|---|
| How much does uBiome cost? | ∨ |
| What is the microbiome diet? | ∨ |
| What is the American Gut project? | ∨ |

Feedback

### Amazon.com: The Microbiome Solution: A Radical New Way to Heal ...
https://www.amazon.com/Microbiome-Solution-Radical-Heal.../dp/B00RW1ZUCS
★★★★★ Rating: 4.5 - 206 reviews
Editorial Reviews. Review. "[A] thoughtful approach to health and wellness that's well worth the ..... Dr. Chutkan has written a great book outlining how the micro biome may be damaged, and what we can do to help maintain, or possibly repair a ...